# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131553

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ALEX SCHEWE,
      Defendant-Appellant.

SC: 131553
COA: 268711
Berrien CC: 2005-400333-FH
 2005-400334-FH

_____/

      On order of the Court, the application for leave to appeal the May 5, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

d1023

Clerk